March 19, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

JOSEPH VILLAGOMEZ, Appellant

NO. 14-12-00840-CV            V.

ANNABELLA RAMIREZ, Appellee

_____

Today the Court heard its own motion to dismiss this attempted appeal from a judgment signed by the court below on September 6, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Joseph Villagomez.

We further order this decision certified below for observance.